UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Corson

       v.                            Civil No. 04-cv-345-JD

NH State Prison, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 6, 2005.

SO ORDERED.

June 16, 2005

                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

cc:    Kevin Corson, pro se