```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Kevin Corson

    v.                              Civil No. 04-cv-345-JD

New Hampshire State Prison, et al.


**NOTICE OF RULING**

    Re:  Document No. 19
    <u>Motion Petitioning The Court Rhetorically For Permission To Speak Plainly</u>

    Ruling: Plaintiff was informed in April that he should obtain the dentist's name from his medical records.  It is now October and the case was dismissed in June.  If plaintiff seeks to reopen the case he must show when he sought his medical records and when he got them.


Entered by:  James R. Muirhead, U.S. Magistrate Judge

Date:  October 11, 2005

cc:  Kevin Corson, pro se